B280 (Form 280) (10/05)

# United States Bankruptcy Court

District Of <u>New Mexico</u>

In re <u>Byers Ernest F & Shannon M.</u>
      Debtor

Case No. _____

Chapter <u>Seven (7)</u>

FILED
OFFICE OF THE CLERK
10 APR 14 AM 9:39
U.S. BANKRUPTCY COURT
ALBUQUERQUE, N.M.

7-10-11843 JA

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[This form must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept..................... $ <u>  349.00</u>

   Prior to the filing of this statement I have received............................. $ <u>  349.00</u>

   Balance Due.................................................................................. $ <u>    0.00</u>

2. I have prepared or caused to be prepared the following documents (itemize): Chapter 7 Petition Schedules A thru J, Statement of SSN, Debtors Statement of
   and provided the following services (itemize): Intentions, Means Test, Statement of Financial Affairs, Form B280, App to pay fees in installments

3. The source of the compensation paid to me was:
   ☒ Debtor      ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☐ Debtor N/A      ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| NAME | SOCIAL SECURITY NUMBER | |
|---|---|---|
| x _____<br>Signature<br><u>Thomas Benson</u><br>Printed name and title, if any, of Bankruptcy Petition Preparer<br>Address: <u>1208 San Pedro NE</u><br><u>Albuq. NM 87110</u> | <u>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</u><br>Social Security number of bankruptcy petition preparer (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) | <u>3-2-10</u><br>Date |

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*